```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/08/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                              :
Maricela Garcia,                                :
                                              :
                          Plaintiff,           :
                                              :          20-CV-5066 (JPC)
           -v-                                 :
                                              :          NOTICE OF
Commissioner of Social Security,        :          <u>REASSIGNMENT</u>
                                              :
                        Defendant.         :
                                              :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Any currently scheduled conference or oral argument before this Court is adjourned pending further order of this Court, but any conference or oral argument before the Magistrate Judge will proceed as ordered. **All counsel must familiarize themselves with the Court's Individual Rules, which are available at <u>https://www.nysd.uscourts.gov/hon-john-p-cronan</u>**.

      Additionally, within two weeks of the filing of this Order, the parties shall submit a joint letter of no more than five pages addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the basis for subject matter jurisdiction; (4) the prospect for settlement; and (5) whether the parties consent to proceeding before a magistrate judge for all purposes (including trial), pursuant to 28 U.S.C. §636(c). The parties are free to withhold such consent without adverse substantive consequences.

      In accordance with the Court's Individual Rules and Practices, requests for extensions or adjournment may be made only by letter-motion filed on ECF and must be received at least 48

hours before the deadline or scheduled appearance, absent compelling circumstances. The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous requests were granted or denied; and (5) whether opposing counsel consents, and, if not, the reasons given by opposing counsel for refusing to consent.

    SO ORDERED.

Dated: October 8, 2020
       New York, New York

                                          JOHN P. CRONAN
                                        United States District Judge